**BROOKGREEN APARTMENTS, LTD., Brookgreen GP, L.C., and Phillip D. Worthen, Appellants**

v.

**CITY OF DALLAS, Appellee.**

No. 05–08–01265–CV.

Court of Appeals of Texas, Dallas.

March 18, 2009.

Byron Kevin Henry, Cowles & Thompson, PC, Dallas, Israel L. Suster, Law

Offices of Israel L. Suster, Plano, for appellant.

Jennifer W. DeCurtis, Office of the City Attorney, Dallas, for appellee.

Before Justices FRANCIS, LANG–MIERS, and MAZZANT.

## OPINION

PER CURIAM.

This is an interlocutory appeal from a temporary injunction granted in favor of the City of Dallas. Appellants have filed an unopposed motion to dismiss the appeal, stating that the parties have settled their disputes. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX.R.APP. P. 42.1.